■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIO CRUZ, Appellant.—On remittitur from the Court of Appeals, judgment of the Supreme Court, New York County, rendered on November 5, 1975, unanimously affirmed, and the case remitted to the Criminal Term, Supreme Court, New York County, for further proceedings pursuant to CPL 460.50

(subd [5]). No opinion. Concur—Murphy, P. J., Lupiano, Silverman and Lane, JJ.